IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAMONT LOMAX**, | : |
|     Plaintiff, | : |
| | :    20-cv-1774-JMY |
| vs. | : |
| | : |
| **VIVINT SOLAR DEVELOPER, LLC**, | : |
|     Defendant | : |

## **ORDER**

AND NOW, this 18th day of November, 2020, upon consideration of the Motion to Dismiss and Compel Arbitration filed by Defendant (ECF NO. 4), the Response in Opposition thereto filed by the Plaintiff, the Reply and Sur-Reply, it is hereby ORDERED and DECREED that said Motion to Dismiss and Compel Arbitration shall be DENIED.

                                            By the Court:

                                              /s/ John Milton Younge
                                             _____
                                             Judge John Milton Younge